UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON E. VIRAMONTES, et al., | No.  2:15-cv-1754 TLN AC (PS) |
| Plaintiffs, | |
| v. | ORDER |
| PFIZER, INC., | |
| Defendant. | |

Defendant's Motion To Dismiss (ECF No. 6), is scheduled to be heard on September 23, 2015.  Plaintiffs, who are proceeding pro se, belatedly filed their opposition to the motion.  <u>See</u> ECF No. 12.  In order to avoid delay, the court will go forward with the original hearing date, but will grant defendant additional time to file a reply.

Accordingly, IT IS ORDERED that:

1. The September 23, 2015 hearing date is CONFIRMED;

2. Defendant's reply, if any, shall be filed no later than Monday, September 21, 2015 at 4:30 p.m.

DATED: September 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE