UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON E. VIRAMONTES, et al., | No.  2:15-cv-1754 TLN AC (PS) |
| Plaintiffs, | |
| v. | ORDER |
| PFIZER, INC., | |
| Defendant. | |

Plaintiffs are proceeding in this matter pro se.  The case has accordingly been referred to the undersigned by E.D. Cal. R. 302(c)(21).

Pending before the undersigned are defendant's Motion To Dismiss and Motion for Sanctions.  ECF Nos. 33, 34.  Plaintiffs have requested additional time to file their oppositions, and defendant has requested additional time to file its replies.  ECF Nos. 37, 38.

Good cause appearing, IT IS ORDERED that:

1. The motions for extensions of time (ECF Nos. 37, 38), are GRANTED;
2. The time for plaintiffs to file their oppositions is extended to May 16, 2016;
3. The time for defendant to file its replies is extended to May 23, 2016; and

////

////

////

1

4. The hearing on the pending motions (ECF Nos. 33, 34), currently scheduled for May 25, 2016, is CONTINUED to June 8, 2016 at 10:00 a.m.

DATED: May 13, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE