1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHARON E. VIRAMONTES, et al.,              No.  2:15-cv-1754 TLN AC (PS)

12                    Plaintiffs,

13          v.                                    ORDER

14    PFIZER, INC.,

15                    Defendant.

16

17          Defendant has filed a motion to dismiss the amended complaint filed by Edward G.

18    Viramontes.  See ECF No. 51 (amended complaint), 52 (motion to dismiss).  However, the order

19    which dismissed the prior complaint and initially gave Mr. Viramontes leave to file his amended

20    complaint, is on appeal to the Ninth Circuit.  See ECF No. 31 (order),[1] 49 (notification of appeal).

21    The motion to dismiss the amended complaint will therefore be vacated.

22          For the reasons stated above, IT IS HEREBY ORDERED that:

23          1.  The hearing on defendant's motion to dismiss (ECF No. 52), currently scheduled for

24    August 10, 2016, is VACATED.

25    ////

26    ////

27

28    ---
      [1]  See ECF No. 45 (subsequent order granting leave to file the amended complaint).

                                                   1

1   2. The Status Conference, also scheduled for August 10, 2016, is CONFIRMED.

2 DATED: July 20, 2016

3                 _____

4                 ALLISON CLAIRE
                  UNITED STATES MAGISTRATE JUDGE

2