UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON E. VIRAMONTES, et al., | No.  2:15-cv-1754 TLN AC (PS) |
| Plaintiffs, | |
| v. | ORDER |
| PFIZER, INC., | |
| Defendant. | |

On July 21, 2016, the court vacated the August 10, 2016 hearing on defendant's motion to dismiss, because the case was on appeal to the Ninth Circuit. ECF No. 53.  The Ninth Circuit then dismissed the appeal.  ECF No. 54.

Defendant has now filed an ex parte application to restore its motion to the August 10, 2016 calendar.  ECF No. 55.  Defendant asserts that it has timely notified plaintiff (Edward G. Viramontes) of this request but has received no response, and further that it would serve judicial efficiency to have the hearing and the Status Conference heard on the same day.

The court does not find good cause to restore defendant's motion to the August 10, 2016, calendar.  Doing so would not give plaintiff the two weeks called for by this court's Local Rules, in which to prepare his opposition.  Although defendant notified plaintiff that it would seek to restore the motion to the calendar, plaintiff had no reason to begin preparing his opposition, since the court had, in effect, stayed the matter until the appeal was decided.  Defendant is free to re-

1

notice its motion in accordance with E.D. Cal. R. ("Local Rule") 230.  In addition, the court believes that the status conference is best held after the motion to dismiss, rather than concurrently with it.

    For the reasons set forth above, IT IS HEREBY ORDERED that:

    1.  Defendant may re-notice its motion to dismiss in accordance with Local Rule 230; and

    2.  The Status Conference, currently scheduled for August 10, 2016, is CONTINUED to October 5, 2016.

DATED: July 25, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE