UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. VIRAMONTES, | No. 2:15-cv-1754 TLN AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| PFIZER INC., | |
| Defendant. | |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge by E.D. Cal. R. 302(c)(21).

On September 6, 2016, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 62. Defendant has filed objections to the findings and recommendations. ECF No. 66. Plaintiff filed a response to Defendant's objections. ECF No. 67.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 6, 2016 (ECF No. 62), are adopted in full;

2. Defendant's Motion to Dismiss the complaint (ECF Nos. 52, 57), is granted, with leave to amend, on the grounds that plaintiff fails to allege causation; and

3. Plaintiff is granted 30 days to amend his complaint.

Dated: January 4, 2017

Troy L. Nunley
United States District Judge