UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. VIRAMONTES, | No. 2:15-cv-01754-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| PFIZER INC., | |
| Defendant. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On November 17, 2017, at 3:00 p.m. the parties participated in an informal telephonic discovery conference with the undersigned. Following discussion with the parties, the court determined that it was appropriate to issue a new schedule in this case in order to accommodate rescheduled depositions. The scheduling order previously issued in this case, ECF No. 82, is accordingly amended as follows:

- Disclosure of experts: January 24, 2018
- Disclosure of rebuttal experts: February 14, 2018
- Last discovery motions heard: March 7, 2018
- Discovery completed: March 21, 2018
- Last law and motion filed: May 9, 2018
- Last law and motion heard: June 6, 2018

1

- Mid-litigation statement:  March 7, 2018
- Joint pretrial statement:  July 17, 2018
- Final pretrial conference:  August 23, 2018 at 2:00 p.m.
- Trial:  October 22, 2018 at 9:00 a.m.

IT IS SO ORDERED.

DATED: November 17, 2017.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE