| | |
|---|---|
| EDWARD G. VIRAMONTES<br>2863 Carberry Way<br>Sacramento, California 95833<br><br>PLAINTIFF proceeding *pro se* | BROOKE KILLIAN KIM (Cal. Bar No. 239298)<br>brooke.kim@dlapiper.com<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br>Telephone: 619.699.2700<br>Facsimile: 619.699.2701<br><br>CHRISTOPHER CAMPBELL (*Pro Hac Vice*)<br>christopher.campbell@dlapiper.com<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: 212.335.4725<br>Facsimile: 212.884.8725<br><br>ANDREW D. DAY (Cal. Bar No. 300958)<br>andrew.day@dlapiper.com<br>DLA PIPER LLP (US)<br>400 Capitol Mall Suite 2400<br>Sacramento, California 95814-4428<br>Telephone: 916.930.3248<br>Facsimile: 916.403.1647<br><br>Attorneys for Defendant<br>PFIZER INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON E. VIRAMONTES and<br>EDWARD G. VIRAMONTES,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC.,<br><br>Defendant. | Case No. 2:15-cv-01754-TLN-AC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PFIZER INC.'S SUMMARY JUDGMENT MOTION**<br><br>Judge: Hon. Troy Nunley<br>Courtroom: 2<br>Trial: October 22, 2018 |

1  This stipulation is entered into by and between Defendant Pfizer Inc. ("Pfizer") and
2  Plaintiff Edward Viramontes ("Plaintiff"). Pfizer and Plaintiff hereby stipulate and agree to
3  continue the noticed hearing on Pfizer's summary judgment motion (Dkt. 95) to June 27, 2018 at
4  10:00 a.m. in Courtroom 26 before Magistrate Judge Claire. The parties respectfully request that
5  the Court enter an Order reflecting the same. An Order is necessary because the operative
6  scheduling order (Dkt. 91) bars Pfizer from re-noticing a hearing date beyond June 6, 2018.

7  By way of background, Pfizer filed and served its summary judgment motion on May 2,
8  2018, and noticed a hearing date of May 30, 2018. The following day, Judge Claire's Courtroom
9  Deputy informed Pfizer's counsel that Judge Claire is unavailable to hear the motion on May 30,
10 and that the hearing must be re-noticed. Local Rule 230(b), however, bars Pfizer from re-noticing
11 the motion for hearing prior to May 30. Similarly, the operative scheduling order (Dkt. 91) bars
12 Pfizer from re-noticing the motion for hearing beyond June 6. Pfizer's counsel is unable to appear
13 on June 6 due to international travel commitments between June 5 and June 19.

14 For the foregoing reasons, good cause exists to continue the hearing beyond the June 6
15 deadline imposed in the scheduling order. The parties have selected June 27, 2018, because both
16 parties are available to appear on that date. Additionally, Judge Claire's Courtroom Deputy has
17 confirmed that Judge Claire is available to hear Pfizer's motion on that date.

18 **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, or through
19 their counsel of record, that:

20 1. Pfizer's summary judgment motion (Dkt. 95) shall be set for hearing on June 27,
21 2018 at 10:00 a.m., before the Honorable Allison Claire, Courtroom 26, in the United States
22 District Court for the Eastern District of California at 501 I Street, Sacramento, California 95814.

23 2. Plaintiff's opposition, if any, to Pfizer's summary judgment motion shall be filed
24 and served on or before May 30, 2018.

25 3. Pfizer's reply to any opposition shall be filed and served on or before June 20,
26 2018.

27 /////
28 /////

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 14, 2018 | DLA PIPER LLP (US) |
| 3 | | |
| 4 | | By  /s/ |
| 5 | | BROOKE KILLIAN KIM<br>CHRISTOPHER CAMPBELL |
| 6 | | ANDREW D. DAY<br>Attorneys for Defendant |
| 7 | | PFIZER INC. |
| 8 | DATED:  May 11, 2018 | |

By  /s/
EDWARD G. VIRAMONTES

PLAINTIFF proceeding *pro se*

**IT IS SO ORDERED.**

Dated: May 15, 2018

Troy L. Nunley
United States District Judge